ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00188-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | Date; December 10, 2025 |
| JUAN MANUEL LOPEZ GARCIA, | Time: 1:00 p.m. |
|  | Judge: Hon. Barbara A. McAuliffe |
| Defendant. |  |

IT IS HEREBY STIPULATED between the parties that the status conference set for November 12, 2025, at 1:00 p.m. can be continued to December 10, 2025, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through December 10, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: November 5, 2025

 */s/ Laura Myers.*
LAURA MYERS
Counsel for Juan Manuel Lopez Garcia


 */s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> JUAN MANUEL LOPEZ GARCIA, <br><br> Defendant. | Case No.  1:25-CR-000188-KES-BAM <br><br> ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for November 12, 2025, at 1:00 p.m. is hereby continued to **December 10, 2025, at 1:00 p.m in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through December 10, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 5, 2025**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE