1  ERIC GRANT
   United States Attorney
2  ARELIS M. CLEMENTE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4041
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | Case No. 1:25-CR-00188-KES-BAM |

11 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** |
12
13 | v. | Date; January 14, 2026
      Time: 1:00 p.m. |
14 | JUAN MANUEL LOPEZ GARCIA, | Judge: Hon. Barbara A. McAuliffe |

15 | Defendant. |

16

17       IT IS HEREBY STIPULATED between the parties that the status conference set for

18  December 10, 2025, at 1:00 p.m. can be continued to January 14, 2026, at 1:00 p.m.  The parties

19  require additional time to review discovery, conduct necessary investigation, and engage in plea

20  negotiations.  The parties agree that time shall be excluded through January 14, 2026, for

21  purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§

22  3161(h)(7)(A) and (h)(7)(B)(iv).

23
     Dated:  December 3, 2025
24
                                                    */s/ Laura Myers.*
                                                    LAURA MYERS
25                                                  Counsel for Juan Manuel Lopez Garcia

26

27                                                  */s/ Arelis M. Clemente*
                                                    ARELIS M. CLEMENTE
28                                                  Assistant United States Attorney

1  ERIC GRANT
   United States Attorney
2  ARELIS M. CLEMENTE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4041
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  | UNITED STATES OF AMERICA | Case No. 1:25-CR-000188-KES-BAM |
    |---|---|
    | Plaintiff, | ORDER |
    | v. | |
    | JUAN MANUEL LOPEZ GARCIA, | |
    | Defendant. | |

18      Upon the parties' stipulation and for good cause shown, the status conference currently

19  scheduled for December 10, 2025, at 1:00 p.m. is hereby continued to **January 14, 2026, at 1:00**

20  **p.m. before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18

21  U.S.C. § 3161 et seq., is excluded through Decem January 14, 2026, pursuant to 18 U.S.C. §§

22  3161(h)(7)(A) and 3161(h)(7)(B)(iv).

23  IT IS SO ORDERED.

24

25      Dated:   **December 4, 2025**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE