ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00188-KES-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | |
| JUAN MANUEL LOPEZ GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference set for January 14, 2026, at 1:00 p.m. can be continued to March 11, 2026, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through March 11, 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: December 31, 2025

                                               */s/ Laura Myers.*
                                               LAURA MYERS
                                               Counsel for Juan Manuel Lopez Garcia

                                               */s/ Arelis M. Clemente*
                                               ARELIS M. CLEMENTE
                                               Assistant United States Attorney

|   |   |
|---|---|
| 1 | ERIC GRANT |
|   | United States Attorney |
| 2 | ARELIS M. CLEMENTE |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4041 |
|   | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-CR-000188-KES-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUAN MANUEL LOPEZ GARCIA, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for January 14, 2026, at 1:00 p.m. is hereby continued to March 11, 2026, at 1:00 p.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through March 11, 2026, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __**December 31, 2025**__            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE