HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN MANUEL LOPEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00188-KES-EPG |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL DATE; ORDER |
| v. | DATE: June 30, 2026 |
| JUAN MANUEL LOPEZ-GARCIA, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Kirk E. Sherriff |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on April 22, 2026, and time was excluded through that date pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv).

2. Upon the expiration of the time exclusion, Defendant wishes to invoke his rights under the Speedy Trial Act and set this case for trial no later than July 1, 2026.

3. The parties have conferred and agree that a jury trial may be set to begin on June 30, 2026, at 8:30 a.m.  The parties expect the trial to last no longer than three days.

4. The parties further request that a trial confirmation hearing be set on June 22, 2026, at 10:30 a.m.

LOPEZ-GARCIA: STIPULATION

1

5.     In light of the agreement to set the case for trial, the parties further agree that the status conference set for April 22, 2026, is not needed and may be vacated.

Dated:  April 17, 2026

ERIC GRANT
United States Attorney

/s/ *Arelis Clemente*
Arelis Clemente
Assistant United States Attorney

Dated:  April 17, 2026

/s/ *Laura Myers*
Laura Myers
Counsel for Defendant
JUAN MANUEL LOPEZ-
GARCIA

## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for April 22, 2026, is hereby vacated.  This case is set for a **jury trial to begin June 30, 2026, at 8:30 a.m. in Courtroom 5 before District Court Judge Kirk E. Sherriff.  A trial confirmation hearing is set for June 22, 2026, at 10:30 a.m. in Courtroom 5 before the District Court Judge Kirk E. Sherriff**.   Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:  **April 17, 2026**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

LOPEZ-GARCIA: STIPULATION

2