HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN MANUEL LOPEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00188-KES-EPG |
| Plaintiff, | MOTION TO CORRECT APRIL 17, 2026 ORDER; ORDER |
| v. | |
| JUAN MANUEL LOPEZ-GARCIA, | |
| Defendant. | |

On April 17, 2026, the parties filed a stipulation to set this case for a jury trial to begin on June 30, 2026.  The parties stipulated that "[b]y previous order, this matter was set for status conference on April 22, 2026, and time was excluded through that date pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv)" and "[u]pon the expiration of the time exclusion, Defendant wishes to invoke his rights under the Speedy Trial Act and set this case for trial no later than July 1, 2026."  *See* ECF No. 31.

The same day, this Court entered an order scheduling a jury trial for June 30, 2026, as requested by the parties.  The order also stated that "[t]ime is excluded through trial pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv)."  ECF No. 32.

Mr. Lopez-Garcia now moves for correction of the April 17, 2026 order to reflect that time is excluded only through April 22, 2026.  In the stipulation, Mr. Lopez-Garcia acknowledged that the Court previously had excluded time through April 22, and he demanded a speedy trial upon the expiration of that excluded time.  Accordingly, the parties selected a trial date within the 70 days allotted

LOPEZ-GARCIA: MOTION TO CORRECT

1

for a speedy trial under the Speedy Trial Act.  The parties did not agree to any further exclusion of time pending the trial date.  The cited exclusion provision applies where a continuance is requested and the judge granting the continuance finds "that the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  It is not applicable here, because Mr. Lopez-Garcia invoked his speedy trial right and neither party sought a further continuance.

Respectfully submitted,


Dated:  April 17, 2026

/s/ *Laura Myers*
Laura Myers
Counsel for Defendant
JUAN MANUEL LOPEZ-GARCIA


**O R D E R**

**IT IS SO ORDERED.** The April 17, 2026 order is amended as follows: The status conference currently scheduled for April 22, 2026, is hereby vacated.  This case is set for a jury trial to begin June 30, 2026, at 8:30 a.m. in Courtroom 5 before District Court Kirk E. Sherriff.  A trial confirmation hearing is set for June 22, 2026, at 10:30 a.m. in Courtroom 5 before the District Court Judge Kirk E. Sherriff.  By previous order, time is excluded through April 22, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:  __**April 20, 2026**__

/s/ *Ercia P. Gros*
_____
UNITED STATES MAGISTRATE JUDGE

LOPEZ-GARCIA: Motion to Correct