ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL LOPEZ-GARCIA,<br><br>Defendant. | CASE NO. 1:25-CR-00188-KES-EPG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S REQUEST TO SEAL, AND ORDERING EXHIBITS 2 AND 3 TO GOVERNMENT'S NOTICE SEALED** |

Pursuant to Local Rule 141(b) and based on the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Exhibits 2 and 3 pertaining to the government's motions in limine in anticipation of the June 16, 2026, trial date, shall be SEALED until further order of this Court.  It is further ordered that electronic access to those sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 510 (1985).  The Court finds that, for the reasons stated in the government's Request to Seal, sealing Exhibits 2 and 3 serves a compelling interest.  Exhibits 2 and 3 contain documents from defendant's A-file, and sealing is warranted given the nature of the documents and the PII contained throughout the records.  The Court further finds that, absent sealing, the compelling interests identified by the government would be harmed.  The Court finds that there are no additional alternatives to sealing

1

Exhibits 2 and 3 that would adequately protect the compelling interests identified by the Government.

The government's Request to Seal fails to establish good cause to seal Exhibit 1, Exhibit 4, or the government's Request to Seal.  Exhibit 1 appears to contain certified copies of publicly-filed state court documents.  To the extent Exhibit 1 contains any limited information that might warrant sealing, which is not immediately apparent, it is not clear why the government could not redact the document to that limited extent.  Exhibit 4 consists of the government's expert disclosure notice in this case, and it likewise is not apparent from the face of the exhibit that it contains any information warranting sealing of the entire document.  The government does not establish any specific basis for sealing Exhibits 1 or 4 or its Request to Seal.  The government's request to seal those documents is denied without prejudice.

IT IS SO ORDERED.

Dated:    May 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2