William E. Zapf (*pro hac vice* application to be submitted)
  Email: wzapf@coleschotz.com
COLE SCHOTZ P.C.
1875 K St. NW, Suite 475
Washington, D.C. 20006
Telephone: 202-221-7500
Facsimile: 202-478-0945

Kevin P. Rooney (CA State Bar No. 107554)
  Email: kevin@hammerlawcorp.com
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, #215
Fresno, California 93721
Telephone: 559-233-5333
Facsimile: 559-233-4333

Ian Ross Phillips (*pro hac vice* application to be submitted)
  Email: iphillips@coleschotz.com
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Telephone: 469-557-9390
Facsimile: 469-533-1587

Attorneys for Non-Party MARIA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:25-CR-00188-KES/EPG |
| Plaintiff, | ORDER REGARDING UNOPPOSED MOTION TO SHORTEN NOTICE, OPPOSITION, AND REPLY DEADLINE |
| v. | |
| JUAN MANUEL LOPEZ GARCIA, | |
| Defendant. | |

**ORDER**

The Court having considered the filings regarding shortening time and ordinarily applicable filing deadlines, and the other filings and proceedings in this case, finds good cause to allow and accept the filing of non-party Maria Mendoza's Motion To Quash Subpoena.

1

71190/0005-53258429v1

The Court further Orders that any Opposition to the Motion To Quash Subpoena be filed by June 3, 2026 and any Reply be filed by June 5, 2026.

A hearing on non-party Maria Mendoza's Motion To Quash Subpoena is scheduled for June 8, 2026 at 11:00 a.m.

IT IS SO ORDERED.


Dated: June 1, 2026

_____
HON. KIRK E. SHERRIFF
UNITED STATES MAGISTRATE JUDGE