



**FILED**

JUN 0 1 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# United States District Court
# Eastern District of California

---

UNITED STATES OF AMERICA,

Plaintiff(s)

V.

JUAN MANUEL LOPEZ GARCIA,

Defendant(s)

Case Number: 1:25-cr-00188-KES-BAM

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

---

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William E. Zapf _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Maria Mendoza, a non-party.

---

On _12/12/07 and 4/6/09_ (date), I was admitted to practice and presently in good standing in the State of Maryland and the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

---

Date: _____05/28/2026_____        Signature of Applicant: /s/ William E. Zapf _____

**Pro Hac Vice Attorney**

Applicant's Name: William E. Zapf

Law Firm Name: Cole Schotz P.C.

Address: 1875 K. Street NW

Suite 475

City: Washington, DC    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 221-7500

City and State of Residence:

Primary E-mail Address: wzapf@coleschotz.com

Secondary E-mail Address: afigiel@coleschotz.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kevin P. Rooney

Law Firm Name: Hammerschmidt Law Corporation

Address: 2445 Capitol Street, Ste. 215

City: Fresno    State: CA    Zip: 93721

Phone Number w/Area Code: (559) 233-5333    Bar # 107554

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6-1-2026

_____
JUDGE, U.S. DISTRICT COURT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# William Edward Zapf III

was duly qualified and admitted on April 6, 2009 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 26, 2026.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*