

# United States District Court
# Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 1:25-cr-00188-KES-EPG |
| Plaintiff(s) | |
| V. | |
| JUAN MANUEL LOPEZ GARCIA, | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

_____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Maria Mendoza, a non-party.

On 11/6/15 and 8/7/17 (date), I was admitted to practice and presently in good standing in the

State of Texas and the District of Columbia (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: 06/01/2026          Signature of Applicant: /s/ Ian R. Phillips

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: Cole Schotz P.C.

Address: 901 Main Street

Suite 4120

City: Dallas          State: TX          Zip: 75202

Phone Number w/Area Code: (469) 557-9390

City and State of Residence: _____

Primary E-mail Address: iphillips@coleschotz.com

Secondary E-mail Address: afigiel@coleschotz.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kevin P. Rooney

Law Firm Name: Hammerschmidt Law Corporation

Address: 2445 Capitol St, Suite 215

City: Fresno          State: CA          Zip: 93721

Phone Number w/Area Code: (559) 233-5333          Bar # 107554

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **Jun 3, 2026**          _____
                                    U.S. MAGISTRATE JUDGE