ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00188-KES |
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | |
| JUAN MANUEL LOPEZ GARCIA, | |
| Defendant. | |

Upon the government's motion, and for good cause shown, the indictment in this case is dismissed without prejudice and all pending motion deadlines, hearings, and trial dates are vacated.


IT IS SO ORDERED.

Dated:    June 12, 2026

_____
UNITED STATES DISTRICT JUDGE