HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
ERIN SNIDER, CA Bar #304781
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JUAN MANUEL LOPEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:25-cr-00188-KES-EPG-1 |
| *Plaintiff,* | |
| vs. | ORDER FOR RELEASE |
| JUAN MANUEL LOPEZ GARCIA, | |
| *Defendant.* | |

On June 12, 2026, the Court dismissed the above-captioned case pursuant to the government's motion under Federal Rule of Criminal Procedure 48(a). Accordingly, IT IS HEREBY ORDERED that defendant Juan Manuel Lopez Garcia (USMS No. 10149-512) shall be immediately released.

IT IS SO ORDERED.

Dated:    June 15, 2026

_____
UNITED STATES DISTRICT JUDGE